```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                       :
ZURICH AMERICAN INSURANCE COMPANY, :
                                                                       :
                                        Plaintiff, :    1:21-cv-10772-GHW
                                                                       :
                            -v -                        :    <u>ORDER</u>
                                                                       :
COLONY INSURANCE COMPANY,               :
                                                                       :
                                   Defendant. :
                                                                       :
------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

      This case has been reassigned to Judge Gregory H. Woods. Counsel are directed to review and comply with the Court's Individual Rules of Practice in Civil Cases (available at the Court's website, https://nysd.uscourts.gov/hon-gregory-h-woods).

      SO ORDERED.

Dated: April 11, 2022
       New York, New York
                                                                _____
                                                                  GREGORY H. WOODS
                                                              United States District Judge